UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

CECILE BLACKWOOD,

    Plaintiff,

-vs-                                      CASE NO.: 4:17-CV-49-JHM

ALLY FINANCIAL INC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff, Cecile Blackwood, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                            */s/Amy Ferrera, Esquire*
                                            Amy Ferrera, Esquire
                                            Florida Bar #: 15313
                                            *Admitted Pro Hac Vice*
                                            **MORGAN & MORGAN, TAMPA, P.A.**
                                            One Tampa City Center
                                            201 N. Franklin Street, 7th Floor
                                            Tampa, FL 33602
                                            Tele: (813) 577-4738
                                            Fax: (813) 559-4846
                                            amferrera@forthepeople.com
                                            amoore2@forthepeople.com
                                            *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 19, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Scott D. Goldsmith, Esquire, Dorsey & Whitney, LLP, 600 Anton Boulevard Suite 2000, Costa Mesa, CA 92626 (goldsmith.scott@dorsey.com); Alexandra Krasovec, Dorsey & Whitney LLP, 600 Anton Boulevard Suite 2000, Costa Mesa, CA 92626 (krasovec.alexandra@dorsey.com); Judd R. Uhl, q, Esq., Lewis Brisbois Bisgaard & Smith LLP - KY, 909 Wrights Summit Parkway Suite 230, Fort Wright, KY 41011 (Judd.Uhl@lewisbrisbois.com)

/s/Amy Ferrera, Esquire
Amy Ferrera, Esquire
Florida Bar #: 15313
*Admitted Pro Hac Vice*